IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY KINSLOW,

    Plaintiff,

v.                              CASE NO. 4:10cv440-SPM/WCS

THE FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 6, 2010 (doc. 12). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

    2.    Plaintiff's motion for a temporary restraining order or in the

alternative an expedited preliminary injunction (doc. 9) is denied.

    3.    This case is referred to the magistrate judge for further proceedings.

DONE AND ORDERED this 5th day of January, 2011.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge