IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JIMMY KINSLOW,

        Plaintiff,

v.                               CASE NO.: 4:10cv440-SPM/WCS

THE FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.

_____/


## ORDER ON RULE 72 OBJECTIONS

      This cause comes before the Court on Plaintiff's Rule 72 Objections to

Magistrates' February 15, 2011 Order.  Doc. 17.  A district court judge may

reconsider pretrial matters that have been referred to a magistrate judge "where

it has been shown that the magistrate judge's order is clearly erroneous or

contrary to law."  28 U.S.C. 636(b)(1)(A).  Under this standard, the court will

affirm the magistrate judge's order unless the court has a definite and firm

conviction that error has occurred.  <u>Linea Navira De Cabotaje, C.A. v. Mar Caribe</u>

<u>De Navegacion, C.A.</u>, 169 F.Supp.2d 1341, 1355 (M.D. Fla. 2001).

      In this case, the magistrate judge correctly determined that Plaintiff's

transfer to the custody of the New Mexico Corrections Department rendered his claim for declaratory relief moot.  <u>McKinnon v. Talladega County</u>, 745 F.2d 1360, 1365 (11th Cir. 1984).  A declaratory judgment is a form of equitable relief that is prospective in nature, with the aim to prevent future injuries.  <u>Adler v. Duval County Sch. Bd.</u>, 112 F.3d 1475, 1477 (11th Cir. 1997).  Because Plaintiff is no longer in Florida, he has no active controversy concerning his future treatment in Florida.  Issuance of a declaratory judgment in these circumstances would constitute an impermissible advisory opinion.  <u>Id.</u>

With respect to Plaintiff's claims for damages, as noted by Plaintiff, the magistrate judge overlooked Plaintiff's RLUIPA claim when he ruled that Plaintiff could not sue any Defendants in their official capacities due to Eleventh Amendment immunity.  The Eleventh amendment is not a bar to nominal damages against a defendant in his official capacity under the RLUIPA.  <u>Smith v. Allen</u>, 502 F.3d 1255, 1276 (11th Cir. 2007).    Accordingly, it is

ORDERED AND ADJUDGED:

1.      Plaintiff's Rule 72 Objections to Magistrates' February 15, 2011 Order (doc. 17) is sustained as to his RLUIPA claim.  In all other respects, the objections are overruled.

2.      Plaintiff shall have up to and including April 11, 2011 to file his

.

second amended complaint.

DONE AND ORDERED this 11th day of March, 2011.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge